| | |
|---|---|
| 1 | JOHN F. BAUM (SBN 148366) |
| 2 | GEOFFREY M. HASH (SBN 227223) |
|   | KRISTEN L. WILLIAMS (SBN 232644) |
| 3 | CURIALE HIRSCHFELD KRAEMER LLP |
|   | 727 Sansome Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 835-9000 |
| 5 | Facsimile: (415) 834-0443 |

Attorneys for Defendants
VITAS Healthcare Corporation and VITAS Hospice Services, L.L.C., erroneously named instead of
VITAS Healthcare Corporation of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A. SETHU RATHNAM, an individual, | Case No. 3:09-cv-09 0112 JCS |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| VITAS HEALTHCARE CORPORATION, a Delaware Corporation, VITAS Hospice Services, L.L.C., | Complaint Filed: January 9, 2009 |
| Defendants. | |

Whereas the parties previously scheduled Settlement Conference, set for July 17, 2009, was continued at the request of Magistrate Judge Laporte and is now scheduled for August 12, 2009; and

Whereas Judge Spero has requested that the next Case Management Conference take place after the Settlement Conference has occurred;

The parties stipulate to the Case Management Conference being continued from July 31, 2009 at 1:30 p.m. to August 14, 2009 at 1:30 p.m.;

///

///

1
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-CV-09 0112 JCS

4851-8274-0996

The parties further stipulate to file their Joint Case Management Statement on August 7, 2009.

**IT IS SO STIPULATED.**

Dated: July 10, 2009                              CURIALE DELLAVERSON HIRSCHFELD
                                                              & KRAEMER, LLP


                                                  By:   /s/ Kristen L. Williams
                                                              Kristen L. Williams
                                                  Attorneys for Defendants
                                                  VITAS Healthcare Corporation and VITAS
                                                  Hospice Services, L.L.C., erroneously named
                                                  instead of VITAS Healthcare Corporation of
                                                  California, Inc.

Dated: July 10, 2009                              CORNERSTONE LAW GROUP


                                                  By:   /s/ Harry G. Lewis
                                                              Harry G. Lewis
                                                              Christina S. Park
                                                  Attorneys for Plaintiff
                                                  A. SETHU RATHNAM

**IT IS SO ORDERED.**


Date: ___7/13_____, 2009         _____
                                                  Joseph C. Spero
                                                  Judge of the U.S. District Court

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-CV-09 0112 JCS