**United States District Court**
For the Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   A SETHU RATHNAM,                          No. C 09-00112 JCS

8            Plaintiff(s),
                                             **ORDER OF DISMISSAL**
9        v.

10  VITAS HEALTHCARE CORPORATION,

11           Defendant(s).
                                    /
12

13       The Court  having been advised that the parties have agreed to a settlement of this case,

14       IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

15  however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service

16  of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been

17  delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the

18  calendar to be set for trial.

19       IT IS SO ORDERED.

20

21  Dated: August 17, 2009

22                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
23

24

25

26

27

28